FILED
SUPERIOR COURT
OF GUAM

2023 DEC 11 PM 4: 17

CLERK OF COURT

BY:_____

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| **PEOPLE OF GUAM,** | |
| Plaintiff, | Criminal Case No. **CM0145-21** |
| vs. | **DECISION AND ORDER**<br>**(Motion To Interrogate Jurors)** |
| **NAKITA T. AGUON,** | |
| Defendant. | |

This matter is before the Honorable Alberto E. Tolentino ("Judge Tolentino"), for the limited purpose of addressing Nakita C. Aguon's ("Defendant") Motion to Interrogate Jurors filed Oct. 2, 2023. Defendant seeks to interrogate the jurors for possible juror misconduct. Attorney David J. Lujan, Esq. represents the Defendant. Upon review of the evidence, oral and written arguments, and legal authorities presented by both attorneys, the court hereby issues this Decision and Order.

By preponderance of the evidence and based on the testimony given, the Court **GRANTS** Defendant's Motion to Interrogate Jurors. Inquiry of the jurors will be conducted consistent with Guam Rules of Evidence Rule 606 and other authorities therein, at a date and time set by the Court.

SO ORDERED, this ___11___ day of ___December___ 2023.

**SERVICE VIA EMAIL**

I acknowledge that an electronic
copy of the original was e-mailed to:

_Atty. Lujan_

Date: 12/11/23 Time: 4:21pm

_Antonio J Cruz_

Deputy Clerk, Superior Court of Guam

_____
HONORABLE ALBERTO E. TOLENTINO
Judge, Superior Court of Guam